IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:19CR3129 |
| vs. | |
| EDWARD WILLIAMS, | ORDER |
| Defendant. | |

Defendant has filed a motion for release to live at Bristol Station. (Filing No. 33). The government opposes the motion.

I need not reach the merits of Defendant's release plan because there are no funds to pay for it. While the court could order Pretrial Services to redirect inpatient drug treatment funds to instead pay for Defendant's housing, this resolution would likely deprive other defendants of an opportunity to obtain appropriate treatment. I will not enter that order, particularly under the facts supporting Defendant's detention as outlined in the court's prior detention order. (See Filing No. 12).

Accordingly,

IT IS ORDERED that Defendant's motion for release, (Filing No. 33), is denied.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge